1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JERRY PROFFITT,                              No.  2:12-cv-3085 DAD P

12                  Petitioner,

13         v.                                       ORDER

14    DANIEL PARAMO, Warden,

15                  Respondents.

16

17         Petitioner is a state prisoner proceeding pro se seeking federal habeas relief.  On February

18    7, 2013, the court dismissed his petition for a writ of habeas corpus as second or successive.

19    Petitioner has since filed several letters with the court, which appear to seek permission to file a

20    second or successive petition.  Petitioner has also filed a motion for a hearing directed at the U.S.

21    Court of Appeals for the Ninth Circuit.

22         As the court previously advised petitioner, to proceed with a second or successive petition

23    for a writ of habeas corpus, he must first obtain an order from the Ninth Circuit authorizing him

24    to file such a second or successive petition.  See 28 U.S.C. §2244(b)(3).  Petitioner should

25    therefore file any further inquiries and motions with that court.  This court will deny his motion

26    for a hearing without prejudice to his refiling of such a motion in the Ninth Circuit.

27    /////

28    /////

1

1          Accordingly, IT IS HEREBY ORDERED that petitioner's motion for a hearing (Doc. No.

2   9) is denied without prejudice to refilling in the U.S. Court of Appeals for the Ninth Circuit.

3   Dated:  December 10, 2013

4

5   _____
    DALE A. DROZD
6   UNITED STATES MAGISTRATE JUDGE

7   DAD:9
    prof3085.misc
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28